```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                    Case No. 17-00371-JJT
Joseph Capurso                                            Chapter 7
Cristina E. Capurso
        Debtors                **CERTIFICATE OF NOTICE**

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db/jdb      +Joseph Capurso,  Cristina E. Capurso,  247 Winona Road,  Mount Pocono, PA 18344-1007
4879185      ACCOUNT RESOLUTION SVCS,  PO BOX 459079,  SUNRISE, FL 33345-9079
4879186     +ACTION COLL AGENCY BOSTON,   16 COMMERCE BLVD,   SUITE 4,   MIDDLEBORO, MA 02346-1085
4879188     +AMERICAN CREDIT & COLL,  921 OAK STREET,  SCRANTON, PA 18508-1235
4883687     +AmeriCredit Financial Services, Inc. dba GM Financ,  P O Box 183853,
             Arlington, TX 76096-3853
4879193     +CARRIAGE HOUSE,   CONCORD SERVICING CORP,  PO BOX 29352,  PHOENIX, AZ 85038-9352
4879201     +COMMERCIAL ACCEPTANCE CORP,  PO BOX 3268,  SHIREMANSTOWN, PA 17011-3268
4879202      COMPUTER CREDIT INC,  PO BOX 5238,  WINSTON SALEM, NC 27113-5238
4879205      DAVID APOTHAKER ESQ,  520 FELLOWSHIP RD SUITE C306,  PO BOX 5496,
             MOUNT LAUREL, NJ 08054-5496
4879207      EMERG CARE SERV OF PA,  C/O AKRON BILLING CENTER,  3585 RIDGE PARK DR,  AKRON, OH 44333-8203
4879208      FAMILY CARE CENTERS INC,  PO BOX 827658,  PHILADELPHIA, PA 19182-7658
4879209     +FINANCIAL RECOVERIES,  200 E PARK DR STE 100,  MOUNT LAUREL, NJ 08054-1297
4879210    ++FIRST FINANCIAL RESOUCES INC,  1 CLARKS HILL,  SUITE 302,  FRAMINGHAM MA 01702-8172
             (address filed with court: FIRST FINANCIAL RESOURCES,  209 W CENTRAL STREET,  SUITE 107,
             NATICK, MA 01760-3716)
4879211     +FIRST NATIONAL COLLECT,  610 WALTHAM WAY,  SPARKS, NV 89434-6695
4879215      HEALTHCARE REVENUE RECOVERY,  PO BOX 459080,  FORT LAUDERDALE, FL 33345-9080
4879219     +LVNV FUNDING,  625 PILOT ROAD,  SUITE 3,  LAS VEGAS, NV 89119-4485
4879221     +MONROE RADIOLOGY IMAGING PC,  PO BOX 12 B,  EAST STROUDSBURG, PA 18301-0012
4879222     +NATIONAL RECOVERY AGENCY,  2491 PAXTON STREET,  HARRISBURG, PA 17111-1036
4879223     +PHELAN HALLINAN DIAMOND JONES,  1617 JFK BLVD SUITE 1400,  ONE PENN CENTER PLAZA,
             PHILADELPHIA, PA 19103-1823
4879224     +PINNACLE RECEIVABLE SOLUTIONS,  PO BOX 51058,  MYRTLE BEACH, SC 29579-0018
4879225      POCONO MEDICAL CENTER,  PO BOX 822009,  PHILADELPHIA, PA 19182-2009
4879226     +SECURITY CREDIT SERVICES,  2623 W OXFORD LOOP,  OXFORD, MS 38655-5442
4879227      STERLING JEWELERS,  PO BOX 1799,  AKRON, OH 44309-1799
4879230     +TRANS-CONTINENTAL CREDIT & COLL,  PO BOX 5055,  WHITE PLAINS, NY 10602-5055
4879232     +TRIDENT ASSET MGT,  PO BOX 888424,  ATLANTA, GA 30356-0424
4879233      VAN RU CREDIT CORP,  1350 TOUGHY AVE STE 300E,  DES PLAINES, IL 60018-3342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4879187     +EDI: GMACFS.COM May 30 2017 15:53:00      ALLY FINANCIAL,  PO BOX 380901,
             BLOOMINGTON, MN 55438-0901
4879189     +EDI: BANKAMER.COM May 30 2017 15:53:00      BANK OF AMERICA,  1800 TAPO CANYON RD,
             SIMI VALLEY, CA 93063-6712
4879190     +EDI: TSYS2.COM May 30 2017 15:58:00      BARCLAYS BANK DE,  700 PRIDES XING,
             NEWARK, DE 19713-6102
4879191     +E-mail/Text: banko@berkscredit.com May 30 2017 18:54:14      BERKS CREDIT & COLLECTIONS,
             900 CORPORATE DRIVE,  READING, PA 19605-3340
4879192      EDI: CAPITALONE.COM May 30 2017 15:53:00      CAPITAL ONE BANK,  PO BOX 30285,
             SALT LAKE CITY, UT 84130-0285
4879194     +E-mail/Text: bankruptcy@cavps.com May 30 2017 18:54:27      CAVALRY PORTFOLIO SERVICE,
             500 SUMMIT LAKE DRIVE,  VALHALLA, NY 10595-2322
4879195     +EDI: CHASE.COM May 30 2017 15:58:00      CHASE BP PRIVATE LABEL,  PO BOX 15298,
             WILMINGTON, DE 19850-5298
4879196      EDI: WFNNB.COM May 30 2017 15:58:00      COMENITY BANK,  BANKRUPTCY DEPT,  PO BOX 182125,
             COLUMBUS, OH 43218-2125
4879197      EDI: WFNNB.COM May 30 2017 15:58:00      COMENITY BANK BANKRUPTCY DEPT,  PO BOX 183043,
             COLUMBUS, OH 43218-3043
4879198     +EDI: WFNNB.COM May 30 2017 15:58:00      COMENITY BANK/NY & CO,  BANKRUPTCY DEPT,
             PO BOX 182789,  COLUMBUS, OH 43218-2789
4879199     +EDI: WFNNB.COM May 30 2017 15:58:00      COMENITY CAPITAL BANK-GEM,  PO BOX 182120,
             COLUMBUS, OH 43218-2120
4879204      EDI: RCSFNBMARIN.COM May 30 2017 15:53:00      CREDIT ONE BANK,  PO BOX 98873,
             LAS VEGAS, NV 89193-8873
4879203     +EDI: RCSFNBMARIN.COM May 30 2017 15:53:00      CREDIT ONE BANK,  PO BOX 98875,
             LAS VEGAS, NV 89193-8875
4879206      E-mail/Text: bankruptcy.bnc@ditech.com May 30 2017 18:54:14      DITECH FINANCIAL LLC,
             PO BOX 6172,  RAPID CITY, SD 57709-6172
4879212     +EDI: PHINAMERI.COM May 30 2017 15:58:00      GM FINANCIAL,  PO BOX 181145,
             ARLINGTON, TX 76096-1145
4879213     +EDI: PHINAMERI.COM May 30 2017 15:58:00      GM FINANCIAL,  PO BOX 183593,
             ARLINGTON, TX 76096-3593
4879214      EDI: RMSC.COM May 30 2017 15:53:00      GREEN TREE SERVICING,  332 MINNESOTA STREET,
             SUITE 610,  SAINT PAUL, MN 55101
4879216     +EDI: HFC.COM May 30 2017 15:53:00      HSBC BANK,  PO BOX 9,  BUFFALO, NY 14240-0009
4879217      EDI: JEFFERSONCAP.COM May 30 2017 15:58:00      JEFFERSON CAPITAL SYSTEMS,  16 MCLELAND ROAD,
             SAINT CLOUD, MN 56303
4879218     +E-mail/Text: ebnsterling@weltman.com May 30 2017 18:54:15      KAY JEWELERS,  375 GHENT ROAD,
             FAIRLAWN, OH 44333-4600
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4879220        +EDI: MID8.COM May 30 2017 15:58:00     MIDLAND FUNDING,  8875 AERO DRIVE,  SUITE 200,
                SAN DIEGO, CA 92123-2255
4879222        +E-mail/Text: Bankruptcies@nragroup.com May 30 2017 18:54:41    NATIONAL RECOVERY AGENCY,
                2491 PAXTON STREET,  HARRISBURG, PA 17111-1036
4879228        +EDI: RMSC.COM May 30 2017 15:53:00     SYNCB/BP,  PO BOX 965024,  ORLANDO, FL 32896-5024
4879229        +EDI: RMSC.COM May 30 2017 15:53:00     SYNCHRONY BANK/JC PENNEY,  PO BOX 965007,
                ORLANDO, FL 32896-5007
4879231        +E-mail/Text: bankruptcydepartment@tsico.com May 30 2017 18:54:37    TRANSWORLD SYSTEMS INC,
                507 PRUDENTIAL ROAD,  HORSHAM, PA 19044-2308
4879234        +EDI: BLUESTEM May 30 2017 15:58:00     WEB BANK/FINGERHUT,  6250 RIDGEWOOD ROAD,
                SAINT CLOUD, MN 56303-0820
4879235        +EDI: BLUESTEM May 30 2017 15:58:00     WEB BANK/GETTINGTON,  6250 RIDGEWOOD ROAD,
                SAINT CLOUD, MN 56303-0820
                                                                                       TOTAL: 27


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,  P O Box 183853,
                Arlington, TX 76096-3853
4879200        ##+COMMERCIAL ACCEPTANCE CO,  2 W MAIN STREET,  SHIREMANSTOWN, PA 17011-6326
                                                                            TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
         AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
         2005-14 bkgroup@kmllawgroup.com
        Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
         rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vincent  Rubino    on behalf of Debtor Joseph  Capurso
         epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
         williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
        Vincent  Rubino    on behalf of Joint Debtor Cristina E. Capurso
         epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
         williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                       TOTAL: 5
```

| Debtor 1 | **Joseph Capurso** | Social Security number or ITIN | **xxx–xx–9698** |
|---|---|---|---|
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cristina E. Capurso** | Social Security number or ITIN | **xxx–xx–8770** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **5:17–bk–00371–JJT**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Capurso

Cristina E. Capurso
aka Cristina Edelmira Capurso, aka Cristina Capurso

**By the court:**

May 30, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---